In the Matter of the Appraisal of the Estate of Mary S. Robinson, Deceased, under the Acts in Relation to the Taxable Transfers of Property. Burton C. Meighan and Frank B. Upham, as Executors, etc., of Mary S. Robinson, Deceased, Appellants; Comptroller of the State of New York, Respondent.— Order of the Surrogate's Court of Westchester county affirmed, with costs, on the opinion of Sawyer, Surrogate (Reported in

80 Misc. Rep. 458). Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Elizabeth Lankford, Appellant, v. Annie E. Thornton, as Legatee and as Executrix, etc., and Others, Defendants, Impleaded with Charles J. McDermott, as Legatee, etc., Respondent.— The remedy against the legatee or heirs of a deceased debtor being purely statutory, is controlled, defined and regulated by the enactments now in force. (*Selover* v. *Coe*, 63 N. Y. 438.) The right to pursue the successors in interest, such as legatees, is based on the fact and to the extent only that assets have been paid or distributed to such legatee. (Code Civ. Proc. § 1837.) So far as concerns the demurring legatee, Mr. McDermott, it is not alleged that the legacy to him has been paid, or that any assets of the estate have been distributed to him. This suit, begun in less than a year after the testator's death, was instituted before any such legacy could be lawfully paid. (Code Civ. Proc. § 2721.) Hence it was rightly held that the complaint as to this defendant does not state facts sufficient to constitute a cause of action. The interlocutory judgment sustaining the demurrer is, therefore, affirmed, with costs, but with leave to the plaintiff to plead anew within twenty days upon payment of costs. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Harry Shirk, Appellant.— Judgment of the County Court of Kings county, which affirmed the conviction in the Magistrate's Court is reversed, and the conviction by the magistrate is reversed, on the ground that such conviction was against the weight of the evidence, and the defendant is discharged. Jenks, P. J., Thomas, Rich, Stapleton and Putnam, JJ., concurred.

The People of the State of New York ex rel. Edwin F. Horne, Appellant, v. Joseph Johnson, Fire Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the ground that the resolution of the board of aldermen does not refer specifically to the relator, and that the incumbent must be selected in the manner provided by law. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Angelina Rocaforte, Respondent, v. Manhattan Bridge Three Cent Line, Appellant.— Order of the County Court of Kings county modified by requiring plaintiff to pay ten dollars costs of the motion, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.